# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZEL NORMAN,
                              Appellant,

vs.

THE STATE OF NEVADA,
                              Respondent.

No. 71821

**FILED**

JUL 0 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to enlarge time. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:   Hon. Michael Villani, District Judge
      Zel Norman
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-22563